Scott Levensten
The Levensten Law Firm, PC
1325 Spruce Street
Philadelphia, PA 19107
215-545-5600
fax 215-545-5156

Attorneys for Plaintiff, Ethel Brooks

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

*This document relates to:*

Ethel Brooks,

Plaintiffs,

vs.

Pfizer, Inc., et al.

Defendants.

Case No. 05-4542 CRB

**MDL NO. 1699**
**District Judge: Charles R. Breyer**

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. 05-4542 CRB**

Come now the Plaintiff, Ethel Brooks and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff Ethel Brooks or a representative of Plaintiff attempt to re-file claim against Defendants, they will do so only by re-filing in the United States District Court.

DATED: September 26, 2006.

By: ______________________
Scott Levensten
Attorneys for Plaintiff, Ethel Brooks

DATED: September 26, 2006. GORDON & REES

By: ______________________
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Sept. 29, 2006

______________________
Hon. Charles R. Breyer
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer